UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Donovan, Ann M.                              Case No.:   __20-13551-KCF__

                                                     Chapter:    _____7_____

                                                     Judge:   __Kathryn C. Ferguson__

### NOTICE OF PROPOSED ABANDONMENT

__Andrea Dobin,__ __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> Clerk of the U.S. Bankruptcy Court
> U.S. Courthouse, 1st floor
> 402 E. State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Kathryn C. Ferguson__ on __June 30, 2020__ at __10:00 a.m.__ at the United States Bankruptcy Court, Courtroom no __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
>
> Real estate located at:
> 9 Pulaski Road
> Glen Gardner, NJ
>
> Valued at: $271,000.00

> Liens on property:
>
> Quicken
> $252,249.00

> Amount of equity claimed as exempt:
>
> $8,000.00

Objections must be served on, and requests for additional information directed to:

Name:       __Andrea Dobin, Trustee__

Address:    __McManimon, Scotland & Baumann, LLC 427 Riverview Plaza, Trenton, NJ 08611__

Telephone No.: __609.695.6070 or 973.243.8600__

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                               Case No. 20-13551-KCF
Ann M Donovan                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 2           Date Rcvd: May 29, 2020
                                Form ID: pdf905          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
```
db         +Ann M Donovan,    9 pulaski Rd,    Glen Gardner, NJ 08826-3010
518742733  +Akron Billing,    3585 Ridge Park,    Akron, OH 44333-8203
518742735  +American Express,    PO Box 1270,    Newark, NJ 07101-1270
518742736  +Atlantic Health Systems,    PO Box 10219,    Newark, NJ 07193-0219
518742737  +Atlantic Medical Group,    PO Box 419101,    Boston, MA 02241-9101
518742739  +Card Services,    PO Box 70168,    Philadelphia, PA 19176-0168
518742741   Choice Visa,    PO Box 8104,    South Hackensack, NJ 07606
518742745  +Hackettstown Emergency Med,    PO Box 80257,    Philadelphia, PA 19101-1257
518742746  +Hunterdon Ped,    PO Box 71411,    Philadelphia, PA 19176-1411
518742747  +Hunterdon urology,    3 Minneakoning Rd,    Flemington, NJ 08822-5726
518742749  +Lab Corp,    PO Box 2240,    Burlington, NC 27216-2240
518742751  +Michael Harrison Esq.,    3155 Rt 10 East,    Denville, NJ 07834-3492
518742754  +PNC,    PO Box 747032,    Pittsburgh, PA 15274-7032
518742753  +Pegasus Emergency Group,    PO Box 5075,    Cherry Hill, NJ 08034-5075
518742756  +Rocket Loans,    28596 Network Pl,    Chicago, IL 60673-1285
518742759  +Target,    Attn Retailers National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 30 2020 00:28:38     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2020 00:28:35     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518742738  +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 30 2020 00:34:19     Capital One,
              PO Box 26074,    Richmond, VA 23260-6074
518742740  +E-mail/Text: bankruptcy@certifiedcollection.com May 30 2020 00:28:26
              Certified Credit and Collection,    PO Box 336,    Raritan, NJ 08869-0336
518742742  +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 00:28:23     Comenity Bank/pink,
              PO Box 659584,    San Antonio, TX 78265-9584
518742743   E-mail/Text: mrdiscen@discover.com May 30 2020 00:27:32     Discover,    PO Box 15156,
              Wilmington, DE 19886-1002
518742744  +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 00:35:12     Gap,    PO Box 530993,
              Atlanta, GA 30353-0993
518742734   E-mail/PDF: ais.chase.ebn@americaninfosource.com May 30 2020 00:35:17     Amazon. Com,
              PO BOX 15153,    Wilmington, DE 19886
518742748  +E-mail/Text: bncnotices@becket-lee.com May 30 2020 00:27:45     Kohls,    PO Box 2983,
              Milwaukee, WI 53201-2983
518742750   E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 30 2020 00:28:24     Lane Bryant,
              PO Box 659726,    San Antonio, TX 78265
518742752  +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 00:35:12     Pay Pal,    PO Box 960080,
              Orlando, FL 32896-0080
518742755  +E-mail/Text: bankruptcyteam@quickenloans.com May 30 2020 00:28:59     Quicken,
              1050 Woodward Ave,    Detroit, MI 48226-1906
518746164  +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 00:35:12     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518742757  +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 00:34:11     Synchrony Bank/Care Credit,
              PO Box 96001,    Orlando, FL 32896-0001
518742758  +E-mail/PDF: gecsedi@recoverycorp.com May 30 2020 00:35:15     Synchrony Bank/mavis,
              PO Box 96001,    Orlando, FL 32896-0001
                                                                                              TOTAL: 15
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                        Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 29, 2020
                              Form ID: pdf905          Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
              Andre L. Kydala    on behalf of Debtor Ann M Donovan kydalalaw@aim.com,  kydalalaw@aim.com
              Andrea  Dobin    ecftrusteead@msbnj.com, NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```